Submitted on record and appellant's brief October 29,
reversed and remanded November 24, 1982

## STATE OF OREGON,
*Respondent,*

*v.*

## MICHAEL DODSON,
*Appellant.*

(No. 81-97C, CA A24686)

653 P2d 590

David V. Gilstrap, and Davis, Ainsworth, Pinnock, Davis & Gilstrap, P.C., Ashland, filed the brief for appellant.

Dave Frohnmayer, Attorney General, William F. Gary, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, filed a memorandum for respondent.

Before Richardson, Presiding Judge, and Thornton and Van Hoomissen, Judges.

PER CURIAM.

**PER CURIAM.**

Defendant appeals his conviction for the crime of conspiracy to deliver a controlled substance. The state concedes that the court erred in overruling defendant's demurrer. We agree.

Reversed and remanded.